# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3620
Lower Tribunal No. 2017-CA-010876-O

_____

MONTINA SAMUEL, as Personal Representative of the
ESTATE OF JASMINE SAMUEL, deceased,
Appellant,

v.

STAG ORLANDO 2, LLC, STAG INDUSTRIAL HOLDINGS, LLC, and DAVID PAYNE,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

December 13, 2024

PER CURIAM.

AFFIRMED. *See Johnson v. Garrett*, 386 So. 3d 1023 (Fla. 6th DCA 2024).

STARGEL, BROWNLEE and GANNAM, JJ., concur.


Tyrone A. King, of King & Markman, P.A., Orlando, for Appellant.

Samantha L. Marion, of Sellars, Marion, Bachi & Contri, P.A., West Palm Beach, for Appellees, Stag Orlando 2, LLC and Stag Industrial Holdings.

No Appearance for Appellee, David Payne.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED